IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LOUIS A. BROWN, <br> BOP Register No. 28561-034, | § § § | |
| Petitioner, | § § | |
| V. | § § | No. 3:20-cv-1129-E-BN |
| K. ZOOK, Warden, | § § § | |
| Respondent. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore DENIES Petitioner Louis A. Brown leave to proceed *in forma pauperis* and ORDERS that he pay the $5.00 filing fee within **21 days** of this order. If he does not, the Court will dismiss this action without prejudice under Federal Rule of Civil Procedure 41(b) without further notice.

SO ORDERED this 11th day of June, 2020.

ADA BROWN
UNITED STATES DISTRICT JUDGE